FILED 10 DEC '24 14:37 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00449-AN |
| v. | **INDICTMENT** |
| BRADLEY MITCHELL ASHBY, | 18 U.S.C. § 922(a)(6) |
| Defendant. | Forfeiture Allegation |

### THE GRAND JURY CHARGES:

### COUNT ONE
**(False Statement During Purchase of a Firearm)**
**(18 U.S.C. § 922(a)(6))**

On or about September 24, 2022, in the District of Oregon, the defendant **BRADLEY MITCHELL ASHBY**, in connection with the acquisition of a Glock pistol, Model 21, .45 Caliber, Serial Number: VVL962, from a Federally Licensed Firearms Dealer (FLFD) of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to FLFD No. 1, which statement was intended and likely to deceive the FLFD as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, to wit: the defendant represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm when, he knew he was in fact not;

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT TWO
### (False Statement During Purchase of a Firearm)
### (18 U.S.C. § 922(a)(6))

On or about December 7, 2022, in the District of Oregon, the defendant **BRADLEY MITCHELL ASHBY**, in connection with the acquisition of a Glock pistol, Model 30, .45 Caliber, Serial Number BMBW496, from a Federally Licensed Firearms Dealer (FLFD) of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to FLFD No. 1, which statement was intended and likely to deceive the FLFD as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, to wit: the defendant represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm when, he knew he was in fact not;

In violation of Title 18, United States Code, Section 922(a)(6).

///

///

///

///

///

///

///

///

///

///

///

**Indictment**                                                                                              Page 2

## FORFEITURE ALLEGATION

Upon conviction of one or both of the offenses alleged in Count 1 and Count 2, the defendant **BRADLEY MITCHELL ASHBY** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms involved in or used in the commission of the offense.

Dated: December 10, 2024

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE WIGHT
United States Attorney

_____
NICHOLAS D. MEYERS, OSB #222743
Assistant United States Attorney